UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
VIS VIRES GROUP, INC.,

                          Plaintiff,

-against-

CMG HOLDINGS GROUP, INC.,
AND GLENN LAKEN

                          Defendants.
-----------------------------------------------------------------x

Civil Action No.: cv-15-4934
(ADS) (ARL)

NOTICE OF DISMISSAL
OF ACTION PURSUANT TO
F.R.C.P. RULE 41(a)(1)(A)(i)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 16 2015 ★
LONG ISLAND OFFICE

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE, that whereas no defendant has answered or moved for summary judgment in this action and whereas the plaintiff desires to voluntarily dismiss and/or discontinue this action, that the action is hereby dismissed and/or discontinued without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: Great Neck, New York
         September 15, 2015

                                                NAIDICH WURMAN LLP

                                                By: _____
                                                   Richard S. Naidich, Esq. (RSN 4102)
                                                 111 Great Neck Road, Suite 214
                                                 Great Neck, NY 11021
                                                 Telephone:  516-498-2900
                                                 Facsimile:    516-466-3555
                                                 Attorneys for Plaintiff – VIS VIRES GROUP, INC.

SO ORDERED.
The Clerk of the Court is
directed to close this case.

_____                                 9/16/15
Arthur D. Spatt, U.S.D.J.                                                 Date